**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| MICHAEL WAYNE LINDGREN, | ) | CASE NO. 4:18-CV-00404-RP-RAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF TIME** |
| STATE OF IOWA, | ) | |
| | ) | |
| Defendant. | ) | |

The Court directed Plaintiff Michael Wayne Lindgren to submit an amended and substituted complaint as well as the filing fee or a properly supported application to proceed in forma pauperis by not later than November 30, 2018. [2]

Plaintiff requests an additional thirty days to submit an amended and substituted complaint and affidavits. [3].

For good cause shown, the Court grants the motion. By not later than January 2, 2019, Plaintiff shall submit an amended and substituted complaint. The Court also grants Plaintiff to and including January 2, 2019, to submit either the filing fee or a properly supported application to proceed in forma pauperis. Failure to comply with the Court's order will result in dismissal of Plaintiff's case for failure to prosecute or comply with a court order. *See* Fed. R. Civ. P. 41(b); *Norman v. Ark. Dep't of Educ.*, 79 F.3d 748, 750 (8th Cir. 1996) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)).

**IT IS SO ORDERED.**

**DATED** this 4th day of December, 2018.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE